1  William R. Friedrich (State Bar No. 044731)
   Tyler C. Gerking (State Bar No. 222088)
2  Erica Villanueva (State Bar No. 233148)
   FARELLA BRAUN & MARTEL LLP
3  235 Montgomery Street, 17th Floor
   San Francisco, CA 94104
4  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
5
   Attorneys for Defendant and Counter-claimant
6  CENTRAL GARDEN & PET CO.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | THE INSURANCE COMPANY OF THE        | Case No. C 06 3924 VRW
   | STATE OF PENNSYLVANIA,              |
11 |                                     | STIPULATION FOR FILING UNDER
   |              Plaintiff,             | SEAL CONFIDENTIAL SETTLEMENT
12 |                                     | AND RELEASE AGREEMENT AND
   | vs.                                 | OTHER CONFIDENTIAL INFORMATION
13 |                                     | AND [~~PROPOSED~~ ORDER]
   | CENTRAL GARDEN & PET CO. and        |
14 | FEDERAL INSURANCE COMPANY,          | Date:  December 14, 2006
   |                                     | Time:  2:00 p.m.
15 |              Defendants.            | Place: Courtroom 6, 17th Floor
   |                                     | Judge: Hon. Vaughn R. Walker
16 |                                     |

17   CENTRAL GARDEN & PET CO.,

18              Counter-claimant,

19   vs.

20   THE INSURANCE COMPANY OF THE
     STATE OF PENNSYLVANIA,
21
                Counter-defendant.
22

23   FEDERAL INSURANCE COMPANY,

24              Counter-claimant,

25   vs.

26   THE INSURANCE COMPANY OF THE
     STATE OF PENNSYLVANIA,
27
                Counter-defendant.
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
FOR FILING UNDER SEAL
No. C 06 3924 VRW

14548\1107952.1

1 | WHEREAS, this lawsuit arises, in part, out of a dispute regarding the obligations of The Insurance Company of the State of Pennsylvania ("ICSOP") and Federal Insurance Company ("Federal") in connection with the confidential settlement of an action (the "Cardinal Action") brought against ICSOP and Federal's insured, Central Garden & Pet Company ("Central Garden"), and Arch Chemicals, Inc. and Olin Corporation ("Arch") by Cardinal Health, Inc. and its subrogated insurers (the "Cardinal Plaintiffs");

WHEREAS, Central Garden, ICSOP and Federal (collectively, the "Parties") are scheduled to file cross-motions for summary judgment by November 9, 2006;

WHEREAS, the Parties' motions for summary judgment will make reference to the Confidential Settlement and Release Agreement, fully executed on March 13, 2006, that was entered into by the Cardinal Plaintiffs, Central Garden and Arch (the "Settlement Agreement") related to the resolution of the Cardinal Action;

WHEREAS, Central Garden and Federal's motions for summary judgment reference confidential negotiations among the Cardinal Plaintiffs, Central Garden, Arch and their respective insurers relating to that resolution;

WHEREAS, the Cardinal Plaintiffs, Central Garden and Arch agreed that the above-referenced Settlement Agreement and negotiations would be kept confidential at all times;

WHEREAS, the Parties wish to file any portion(s) of their motions for summary judgment, including the supporting papers, referencing such confidential information and/or documents under seal;

THEREFORE, IT IS HEREBY STIPULATED that, subject to Court approval:

1.  The Settlement Agreement, a true and correct copy of which is attached hereto as Exhibit A, is hereby filed under seal pursuant to Civil Local Rule 79-5; and

2.  The Parties may file any portion(s) of their motions for summary judgment, including supporting papers, under seal pursuant to Civil Local Rule 79-5 to the extent they contain or refer to confidential information and/or documents other than the Settlement Agreement.

3.  This Stipulation shall not be considered an agreement or admission as to the

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
FOR FILING UNDER SEAL           - 2 -                              14548\1107952.1
No. C 06 3924 VRW

competency or admissibility of evidence, with the exception of the Settlement Agreement attached as Exhibit A, which the parties agree to be competent and admissible evidence for the purposes of their summary judgment motions.

Dated: November 8, 2006

FARELLA BRAUN & MARTEL LLP

By: /s/ William R. Friedrich
William R. Friedrich

Attorneys for Defendant/Counter-claimant
CENTRAL GARDEN & PET CO.

Dated: November __, 2006

SIMPSON THACHER & BARTLETT LLP

By: _____
Seth A. Ribner

Attorneys for Plaintiff/Counter-defendant
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

Dated: November __, 2006

NEWTON REMMEL

By: _____
Stephen L. Newton

Attorneys for Defendant/Counter-claimant
FEDERAL INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November __, 2006

_____
Judge Vaughn R. Walker

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
FOR FILING UNDER SEAL
No. C 06 3924 VRW

- 3 -

14548\1107952.1

1  competency or admissibility of evidence, with the exception of the Settlement Agreement
2  attached as Exhibit A, which the parties agree to be competent and admissible evidence for the
3  purposes of their summary judgment motions.

4

5  Dated: November ___, 2006                FARELLA BRAUN & MARTEL LLP

6

7                                           By: _____
                                                William R. Friedrich
8
                                             Attorneys for Defendant/Counter-claimant
9                                            CENTRAL GARDEN & PET CO.

10

11 Dated: November 8, 2006                  SIMPSON THACHER & BARTLETT LLP

12

13                                           By: _____
                                                Seth A. Ribner
14
                                             Attorneys for Plaintiff/Counter-defendant
15                                           THE INSURANCE COMPANY OF THE STATE
                                             OF PENNSYLVANIA
16

17 Dated: November ___, 2006                NEWTON REMMEL

18

19                                           By: _____
                                                Stephen L. Newton
20
                                             Attorneys for Defendant/Counter-claimant
21                                           FEDERAL INSURANCE COMPANY

22
            PURSUANT TO STIPULATION, IT IS SO ORDERED.
23

24
   Dated: November ___, 2006                _____
25                                          Judge Vaughn R. Walker

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
FOR FILING UNDER SEAL                - 3 -                                    14548\1107952.1
No. C 06 3924 VRW

competency or admissibility of evidence, with the exception of the Settlement Agreement attached as Exhibit A, which the parties agree to be competent and admissible evidence for the purposes of their summary judgment motions.

Dated: November __, 2006                    FARELLA BRAUN & MARTEL LLP


By:_____
    William R. Friedrich

Attorneys for Defendant/Counter-claimant
CENTRAL GARDEN & PET CO.


Dated: November __, 2006                    SIMPSON THACHER & BARTLETT LLP


By: _____
    Seth A. Ribner

Attorneys for Plaintiff/Counter-defendant
THE INSURANCE COMPANY OF THE STATE
OF PENNSYLVANIA

Dated: November 8, 2006                     NEWTON REMMEL


By: _____/s/ Stephen L. Newton_____
    Stephen L. Newton

Attorneys for Defendant/Counter-claimant
FEDERAL INSURANCE COMPANY


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 21, 2006

Judge Vaughn R Walker
United States District Court
Northern District of California

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
FOR FILING UNDER SEAL
No. C 06 3924 VRW

- 3 -

14548\1107952.1