UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Plaintiff(s),<br><br>v.<br><br>CENTRAL GARDEN AND PET COMPANY,<br><br>Defendant(s). | Case No. 06-03924VRW (JCS)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

By Order dated December 18, 2006, the Chief Judge referred this matter to the undersigned for a Report and Recommendation regarding the amount Plaintiff has paid on Defendant Central Garden's behalf in connection with the allocation arbitration and the B&L action (the "Order of Reference").

On December 22, 2006, a Telephonic Status Conference was held. Seth Ribner, counsel for Plaintiff, appeared. William Friedrich, counsel for Defendant, appeared. All parties waived an evidentiary hearing on the matters raised by the Order of Reference, and agreed to submit the matter based on declarations and documents.

The parties shall meet and confer in an effort to resolve these issues raised by the Order of Reference on the following schedule:

1. By January 5, 2007, Plaintiff shall provide to Defendant the amount paid on Defendant's behalf in connection with the allocation arbitration and the B&L action since after March 10, 2006.

2. By January 12, 2007, Defendant shall respond to the January 5 itemization and confer with Plaintiff.

3. By January 19, 2007, the parties shall file a Joint Letter listing all issues that have been resolved.

The Court also set the following briefing schedule:

1. By January 19, 2007, Plaintiff shall file their opening brief and declarations on any unresolved issues.

2. By January 26, 2007, Defendant shall file their opposition brief and declarations. There will be no reply papers.

3. The Court will hear oral argument on **February 9, 2007, at 9:30 a.m.**

IT IS SO ORDERED.

Dated: December 22, 2006

JOSEPH C. SPERO
United States Magistrate Judge

2