UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>CENTRAL GARDEN AND PET COMPANY,<br><br>　　　　Defendant(s).<br>_____/ | Case No. C-06-3924 VRW ( JCS)<br><br>**REPORT AND RECOMMENDATION** |

　　　By Order dated December 18, 2006, (the "Order") Chief Judge Vaughn Walker referred this matter to the undersigned for a Report and Recommendation.  The Order required that a magistrate judge conduct proceedings and determine "the amount ICSOP has paid on Central Garden's behalf in connection with the allocation arbitration and the B&L action." (Order, at 16.)  Following a case management conference on December 22, 2006, the undersigned set a briefing schedule and proceedings in connection with the Order, including a requirement that the parties meet and confer in an effort to resolve the issue presented.  On January 19, 2007, the parties filed a joint letter (Docket No. 94), signed by counsel for both parties, which indicated that the parties had reached an agreement that "the amount owed by Central Garden to ICSOP, pursuant to the order entered by Chief Judge Vaughn Walker on December 18, 2006, is $1,224,151.61."

　　　Accordingly, good cause appearing, based on the stipulation of the parties, the undersigned reports and recommends that the Court find that the amount ICSOP paid, after March 10, 2006, on Central Garden's behalf in connection with the allocation arbitration and the B&L action was $1,224,151.61.

Dated: January 23, 2007

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge