IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>          Plaintiff,<br><br>          v<br><br>CENTRAL GARDEN AND PET COMPANY, et al,<br><br>          Defendants.<br>_____/ | No   C 06-3924 - VRW<br><br>ORDER |

        On June 23, 2006, plaintiff and counterdefendant The Insurance Company of the State of Pennsylvania ("ICSOP") filed this diversity action against defendants and counterclaimants Central Garden and Pet Company ("Central Garden") and Federal Insurance Company ("Federal"), seeking reimbursement for funds paid to Central Garden following the alleged exhaustion of ICSOP's insurance policy.  Doc #1.

        On December 18, 2006, in response to the parties' cross-motions for summary judgment, the court granted ICSOP's motion for summary judgment and concluded that ICSOP's policy limits were exhausted on March 10, 2006.  Doc #91.  Hence, the court determined

1  that Central Garden must reimburse ICSOP for payments it made on
2  Central Garden's behalf for defense costs incurred after March 10,
3  2006.  Id.  To determine the amount ICSOP paid to Central Garden,
4  the court referred this case to Magistrate Judge Spero pursuant to
5  28 USC § 636(b)(1)(A) and FRCP 72(a).  Id.
6          On January 19, 2007, the parties filed a joint letter
7  stating that the parties had reached an agreement that "the amount
8  owed by Central Garden to ICSOP, pursuant to the order entered by
9  Chief Judge Vaughn Walker on December 18, 2006, is $1,224,151.61."
10 Doc #94.  In response, on January 23, 2007, Magistrate Judge Spero
11 recommended that this court adopt the amount proposed by the
12 parties.  Doc #95.  The parties had until February 6, 2007, to
13 object to this recommendation.  See 28 USC 636(b)(1).  Because no
14 party has filed an objection, the court adopts the report and
15 recommendation of Magistrate Judge Spero pursuant to 28 USC §
16 636(b)(1).
17         Accordingly, the clerk is DIRECTED to ENTER JUDGMENT in
18 favor of ICSOP and against Central Garden in the amount of
19 $1,224,151.61, with postjudgment interest to accrue pursuant to 28
20 USC § 1961.  The clerk is further DIRECTED to close the file and
21 terminate all motions.

         IT IS SO ORDERED.

                                   _____
                                   VAUGHN R WALKER
                                   United States District Chief Judge

2